ROBERT D. EMMERICH, Appellant, *v.* CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent. (Consolidated Appeals.)

Submitted May 27, 1943; decided July 20, 1943.

*Isidor Enselman* and *Howard Hilton Spellman* for appellant.
*Francis S. Bensel, Alexander M. Lewis* and *W. Frederick Knecht* for respondent.

Judgment affirmed, with costs, on authority of *Elkind* v. *Chase National Bank* (259 App. Div. 661, affd. 284 N. Y. 726) and *Hendry* v. *Title Guarantee & Trust Co.* (255 App. Div. 497, affd. 280 N. Y. 740). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.